IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hudson, Mary | Case Number: 04 B 08063 |
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 3/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: May 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,000.00 |  |
| Secured: |  | 8,150.00 |
| Unsecured: |  | 741.57 |
| Priority: |  | 0.00 |
| Administrative: |  | 205.20 |
| Trustee Fee: |  | 489.85 |
| Other Funds: |  | 413.38 |
| Totals: | 10,000.00 | 10,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 205.20 | 205.20 |
| 2. | GMAC Mortgage Corporation | Secured | 8,150.00 | 8,150.00 |
| 3. | GMAC Mortgage Corporation | Unsecured | 200.00 | 200.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 44.40 | 44.40 |
| 5. | Peoples Energy Corp | Unsecured | 94.48 | 0.00 |
| 6. | B-First | Unsecured | 417.17 | 417.17 |
| 7. | Resurgent Capital Services | Unsecured | 18.33 | 18.33 |
| 8. | Max Recovery Inc | Unsecured | 61.67 | 61.67 |
| 9. | Timothy K Liou | Unsecured | 220.38 | 0.00 |
| 10. | People's Bank | Unsecured | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | Bank Of America | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Direct Card | Unsecured | | No Claim Filed |
| 15. | Discover Financial Services | Unsecured | | No Claim Filed |
| 16. | Ameritech | Unsecured | | No Claim Filed |
| 17. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 18. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 19. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Sams Club | Unsecured | | No Claim Filed |
| 21. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,411.63 | $ 9,096.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hudson, Mary | Case Number:  04 B 08063 |
| | Judge:  Squires, John H |
| Printed:  6/24/08 | Filed:  3/2/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 48.00 |
| 6.5% | 102.00 |
| 3% | 18.00 |
| 5.5% | 99.00 |
| 5% | 30.00 |
| 4.8% | 57.60 |
| 5.4% | 135.25 |
| | _____ |
| | $ 489.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

